UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

SAMUEL RAY STEPP                           CASE NUMBER:    06-30845
SSN: xxx-xx-6670                           CHAPTER 13

KATHERINE STEPP
SSN: xxx-xx-66700
Debtors

---

### NOTICE TO DEBTORS SAMUEL RAY STEPP AND KATHERINE STEPP THAT $770.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Samuel Ray Stepp and Katherine Stepp, debtors herein, and deposits $770.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1.
2. That the last known address for Samuel Ray Stepp and Katherine Stepp was

   6787 N. 200 E.
   La Porte, IN 46350

3. That this case was dismissed on May 10, 2010.

4. That the debtors did not cash disbursement check 665470 dated May 31, 2010 in the amount of $770.00, and it was voided.

5. Several subsequent replcaedment checks were not cashed and were voided, the most recent disbursement check 669663, dated June 30, 2011.

6. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:  October 20, 2011

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   October 20, 2011

By U.S. Mail postage prepaid
Debtors: 6787 N. 200 E., La Porte, IN 46350

By electronic mail via CM/ECF:
Debtors' Attorney: Gary Schoof
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King